IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAUL MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>RYON MITCHELL, et al.,<br><br>Defendants. | No. 2:15-CV-0015-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 29).

Plaintiff seeks an extension of time to submit service documents as directed by the court's August 31, 2018, order and to file objections to the court's September 14, 2018, findings and recommendations. Good cause not appearing therefor, plaintiff's motion is denied. As to objections to the court's September 14, 2018, findings and recommendations, plaintiff's motion is untimely because it was filed over two weeks following expiration of the deadline. Plaintiff's request for additional time to file service documents is untimely for the same reason. Moreover, plaintiff has not shown a basis for the requested extension if time. Plaintiff states he needs additional time to submit service documents due to limited access to the prison law library. Submission of service documents, however, does not require plaintiff to engage in any legal

1

research.  Plaintiff has not demonstrated how limited law library access has hindered his ability to make copies of documents and send them to the court.

        IT IS SO ORDERED.

Dated:  December 6, 2018

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE