IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAUL MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>RYON MITCHELL, et al.,<br><br>Defendants. | No. 2:15-CV-0015-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On December 18, 2018, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Porter and Trostle was returned unexecuted because they are no longer employed with the Chico Police Department, where process was served, and the department was not willing to accept service on their behalf. See ECF No. 42.

Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Cal. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal.

1

Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants.  <u>See</u> Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the court once such information is ascertained.

Dated: May 23, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE