IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY PAUL MAXWELL, | No.  2:15-CV-0015-JAM-DMC |
| Plaintiff, | |
| v. | ORDER |
| RYON MITCHELL, et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is plaintiff's motion (ECF No. 51) for reconsideration of the Magistrate Judge's January 22, 2020 order. Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law.  The January 22, 2020 order is, therefore, affirmed.

Accordingly, IT IS HEREBY ORDERED that:

1.     The motion for reconsideration (ECF No. 51) is denied;

2.     The Magistrate Judge's January 22, 2020 order is affirmed; and

3.     No further motions for reconsideration of this order will be considered.

DATED:  July 27, 2020

/s/ John A. Mendez_____  _____

UNITED STATES DISTRICT COURT JUDGE

1