**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY PAUL MAXWELL,<br><br>Plaintiff,<br><br>v.<br><br>RYON MITCHELL, et al.,<br><br>Defendants. | No.  2:15-CV-0015-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 22, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 22, 2021, are adopted in full;

2. Defendants Porter and Trostle are dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect timely service of process

3. The remaining defendants' motion for summary judgment, ECF No. 61, is granted; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED:  April 26, 2021                    /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          UNITED STATES DISTRICT COURT JUDGE